IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-687-RJC-DCK

| | |
|---|---|
| DIANE REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UMB FINANCIAL CORPORATION, INC., | ) |
| and MARQUETTE TRANSPORTATION | ) |
| FINANCE, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by David Klass, concerning Melody L. Rayl on February 17, 2020. Melody L. Rayl seeks to appear as counsel *pro hac vice* for Defendant UMB Financial Corporation, Inc. and Marquette Transportation Finance, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Melody L. Rayl is hereby admitted *pro hac vice* to represent Defendant UMB Financial Corporation, Inc. and Marquette Transportation Finance, LLC.

Signed: February 18, 2020

David C. Keesler
United States Magistrate Judge