IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-687-RJC-DCK

| | |
|---|---|
| DIANE REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UMB FINANCIAL CORPORATION, INC., | ) |
| and MARQUETTE TRANSPORTATION | ) |
| FINANCE, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 36) filed by Kerry A. Shad, concerning Carrie A. McAtee on September 29, 2020. Carrie A. McAtee seeks to appear as counsel *pro hac vice* for Defendants UMB Financial Corporation, Inc. and Marquette Transportation Finance, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 36) is **GRANTED**. Carrie A. McAtee is hereby admitted *pro hac vice* to represent Defendants UMB Financial Corporation, Inc. and Marquette Transportation Finance, LLC.

Signed: September 29, 2020

David C. Keesler
United States Magistrate Judge